# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CENTER FOR BIOLOGICAL
DIVERSITY,

     *Plaintiff*,

    v.

NATIONAL MARINE FISHERIES
SERVICE, HOWARD LUTNICK, in his
official capacity as Secretary of
Commerce, SAMUEL D. RAUCH, III, in
his official capacity as Deputy Assistant
Administrator for Regulatory Programs,
National Marine Fisheries Service, and
JON KURLAND, in his official capacity
as Alaska Regional Administrator,
National Marine Fisheries Service,

     *Defendants*.

3:26-cv-00154-ACP

## ORDER GRANTING JOINT CASE MANAGEMENT PLAN

Upon consideration of the Parties' Joint Case Management Plan, and for good cause shown, the Court hereby ORDERS as follows:

a.    Defendants shall file their response to the Complaint not later than June 4, 2026.

b.    Defendants shall lodge the administrative record index and serve copies of the administrative record not later than July 13, 2026. Defendants shall provide the administrative record copies to the Court and the Parties on USB flash drives along with a hyperlinked version of the administrative record index.

c.  Plaintiff shall file any motion to complete and/or supplement the administrative record not later than August 12, 2026. Oppositions to any motion to complete and/or supplement the record must be filed within 14 days of service of the motion; and the deadline for any reply shall be 7 days after service of any responses. Merits briefing shall be stayed pending resolution of any administrative record motion. In the event of such a motion, the Parties will submit an updated briefing schedule not later than 7 days after the Court's ruling on that motion.

d.  If no Party files a record motion, the following schedule will govern summary judgment briefing:

   i.   Plaintiff shall file its opening summary judgment brief by August 31, 2026.

   ii.  Defendants shall file a response brief by October 29, 2026.

   iii. Plaintiff may file a reply brief no later than November 19, 2026.

IT IS SO ORDERED.

Dated this 5th day of June, 2026.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge

2